CENTRAL OF GEORGIA RAILWAY CO. *v.* VAN BUREN & CO.

FISH, J. This case turning entirely on an issue of fact, and there being sufficient evidence to support the verdict, this court will not disturb the same after its approval by the trial judge.

. *Judgment affirmed. All the Justices concurring.*

Argued May 4, — Decided May 24, 1901.

Case — appeal. Before Judge Hart. Jones superior court. November 28, 1900.

*Hall & Wimberly* and *Hardeman & Moore*, for plaintiff in error.